IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN ELLER and MORMON MATCH LLC, <br><br> Plaintiffs, <br> v. <br><br> INTELLECTUAL RESERVE, INC., <br> a Utah Corporation, holding intellectual property for The Church of Jesus Christ of Latter-day Saints, <br> Defendant. | CIVIL ACTION NO.: 14-CV-00914 |

**PLAINTIFFS' COMBINED FRCP 12(B), (C), AND (F)
MOTION TO DISMISS, FOR JUDGMENT, AND TO STRIKE**

NOW comes Plaintiffs, JONATHAN ELLER, and MORMON MATCH, LLC, and file this motion seeking an order dismissing defendant Intellectual Reserve, Inc. ("IRI")'s counterclaims, granting judgment on Plaintiffs' injunctive and declaratory judgment claims, and striking IRI's affirmative defenses pursuant to Rules 12(b)(6), (c), and (f) of the Federal Rules of Civil Procedure, and granting all other relief as the Court may deem just and proper

For the reasons set forth in detail in the accompanying Memorandum of Law, Plaintiffs respectfully request the Court grant this Motion. Specifically, IRI fails to plead facts supporting claims for which relief can be granted. In light of settled law and judicially noticeable facts, IRI's claims fail for fair use, descriptiveness, failure to police, and lack of confusion. Plaintiffs' claims should be granted for the same reasons. IRI's defenses are insufficiently pleaded and should be struck under Fed. R. Civ. P. 12(f).

Dated May 16, 2014

                                                      Respectfully submitted,

                                                      ___/Siddartha Rao/___
Siddartha Rao, Esq.
*Counsel for Plaintiff*
121 E. 12th St. Apt. LG
New York, New York 10003
(646) 221 1846


Kiernan McAlpine, Esq.
*Local counsel for Plaintiff*
(Admitted in the Southern District of Texas)
3310 Louisiana St Ste 2413
Houston, TX 77006
(832) 314-1383
Fax: (832) 201-7814