IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN ELLER, MORMON MATCH LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-14-914 |
| INTELLECTUAL RESERVE, INC., | § § § | |
| Defendant. | § | |

**CONSENT DECREE**

It is hereby agreed between the parties that, pursuant to 15 U.S.C. § 1116, and the law of the State of Texas, Eller and each of his agents, servants, employees, attorneys, assigns, and all others in privity or acting in concert with them be preliminarily and permanently enjoined from using or authorizing others to use as a trademark, service mark or trade name, or domain name, MORMON MATCH, DATE A MORMON or any other name or mark containing the term MORMON, or any confusingly similar names or marks, in the advertising or sale of any goods or services.

It is further agreed that Eller will abandon his application to register the mark MORMON MATCH.

**IT IS SO ORDERED.**

SIGNED this 22nd day of ~~June~~ JULY, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

SEEN AND AGREED TO:

JONATHAN ELLER
MORMON MATCH, LLC

By _____
Siddartha Rao (admitted pro hac vice)
121 E. 12TH Street
Apt. LG
New York, New York 10003

_____
Kiernan McAlpine
3310 Louisiana Street, Suite 2413
Houston, Texas 77006

*Attorneys for Plaintiffs*

INTELLECTUAL RESERVE, INC.

By _____
Michael A. Grow (admitted pro hac vice)
**Arent Fox LLP**
1717 K Street, NW
Washington, DC 20036
Tel: 202.857.6389
Fax: 202.857.6395
michael.grow@arentfox.com

_____
Robert M. Schick
Attorney-In-Charge
State Bar No. 17745715
Federal Bar No. 587
**Schick & Copeland LLP**
3700 Buffalo Speedway
Suite 960
Houston, TX 77098
Tel: 832.849.1800
Fax: 832.849.1799
rschick@schickcopeland.com

*Attorneys for Defendant Intellectual Reserve, Inc.*